UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM AYALA,<br><br>  Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, et al.,<br><br>  Defendants. | Case No. 21-cv-06703-JCS<br><br>**ORDER TO SHOW CAUSE WHY APPLICATION TO PROCEED IN FORMA PAUPERIS SHOULD NOT BE DENIED**<br><br>Re: Dkt. No. 2 |

Plaintiff Miriam Ayala, pro se, has filed an application to proceed in forma pauperis. Ayala's responses to the questions on the form application are difficult to reconcile without further explanation. Ayala states that she last received salary or wages in March of 2020 in the amount of $2,500 per month for her work as a self-employed notary public, that she has received no income of any kind in the last twelve months, that her bank account balance is only $900 and she owns no cash, and that she owes a total of $2,500 on multiple credit accounts. Those answers tend to suggest that the filing fee in this case would be an undue hardship and the application should be granted. On the other hand, Ayala also states that she owns a $1,250,000 home for which she pays a $6,200 monthly mortgage, and that she owns a 2020-model-year luxury Mercedes SUV for which she owes $24,000 (a fraction of the value of the car, suggesting she has made payments on it thus far) and pays $371 monthly. Ayala is therefore ORDERED TO SHOW CAUSE why her application to proceed in forma pauperis should not be denied, by filing a declaration no later than September 28, 2021 explaining in more detail whether or how she pays her monthly expenses, and whether she has any sources of income or financial resources not captured on the form application.

If, after receiving Ayala's response to this order, the Court determines that Ayala's application to proceed in forma pauperis should be granted, the Court will then consider in due course whether Ayala's complaint satisfies the requirements of 28 U.S.C. § 1915(e)(2)(B) and

whether to order service of process on Defendants by the United States Marshal.  If the Court determines that the application should be denied, the Court will issue an order so stating and provide Ayala a reasonable amount of time to pay the filing fee.

Ayala is encouraged to contact the Federal Pro Bono Project's Pro Se Help Desk for assistance as she continues to pursue this case.  Lawyers at the Help Desk can provide basic assistance to parties representing themselves but cannot provide legal representation.  Although in-person appointments are not currently available due to the COVID-19 public health emergency, Ayala may contact the Help Desk at (415) 782-8982 or FedPro@sfbar.org to schedule a telephonic appointment.

**IT IS SO ORDERED.**

Dated: August 31, 2021

JOSEPH C. SPERO
Chief Magistrate Judge