1  Kelly Albright (State Bar No. 317923)
   kalbright@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612.4408
   Telephone:      (949) 851-3939
4  Facsimile:      (949) 553-7539

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

| | |
|---|---|
| MIRIAM AYALA,<br><br>              Plaintiff,<br><br>       v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOULUTIONS, INC,<br><br>              Defendant. | Case No. 4:21-cv-06703-YGR<br><br>Hon. Yvonne Gonzalez Rogers<br><br>**CERTIFICATE OF SERVICE OF JOINT CASE MANAGEMENT STATEMENT**<br><br>Complaint filed:  November 19, 2021 |

# CERTIFICATE OF SERVICE

I, Kelly Albright, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On January 19, 2022, I served a copy of the **JOINT CASE MANAGEMENT STATEMENT AND DECLARATION OF KELLY ALBRIGHT IN SUPPORT OF CASE MANAGEMENT STATEMENT** by electronic transmission.

I am familiar with the United States District Court for the Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Jason Skoczulek Roberts
Schuckit & Associates
4545 Northwestern Drive
Zionsville, IN 46077
T: (317) 363-2400
F: (317) 363-2257
Email: jroberts@schuckitlaw.com
*Attorneys for Trans Union, LLC*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  I further certify that on January 19, 2022, I caused the foregoing document to be placed in
2  a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine,
3  California, addressed to the following non-CM/ECF participant(s):

Miriam Ayala
519 Maple Street
San Bruno, CA  94066
T:  (650) 438-3005
*Pro Se Plaintiff*

Executed on January 19, 2022, at Irvine, California.

>                                       */s/ Kelly Albright*
>                                       Kelly Albright